1  PAUL C. SOUTHWICK (Admitted *Pro Hac Vice*)
      paulsouthwick@dwt.com
2  ARLEEN FERNANDEZ (State Bar No. 318205)
      arleenfernandez@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
5  Fax: (213) 633-6899

6  Attorneys for Plaintiffs
   JOANNA MAXON and
7  NATHAN BRITTSAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, AN INDIVIDUAL, and NATHAN BRITTSAN, AN INDIVIDUAL<br><br>Plaintiff,<br><br>vs.<br><br>FULLER THEOLOGICAL SEMINARY, a California nonprofit corporation; MARIANNE MEYE THOMPSON, an individual; MARI L. CLEMENTS, an individual; NICOLE BOYMOOK, an individual;<br><br>Defendants. | Case No. 2:19-cv-09969-CBM-MRW<br><br>**NOTICE OF ERRATA RE DOCKET NO. 20** |

//

NOTICE OF ERRATA
4821-9250-7824v.1 0201543-000001

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Docket No. 20 was erroneously filed under the incorrect ECF event "Complaints and Other Initiating Documents." Docket No. 20 should have been filed under the ECF event category "Other Complaint Filings" as the filing is an Amended Complaint.

DATED: January 7, 2020     DAVIS WRIGHT TREMAINE LLP

By: */s/ Paul Southwick*
Paul C. Southwick
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiffs
Joanna Maxon and Nathan Brittsan

2

NOTICE OF ERRATA
4821-9250-7824v.1 0201543-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899