DANIEL H. BLOMBERG (admitted pro hac vice)
ERIC S. BAXTER (admitted pro hac vice)
DIANA M. VERM (admitted pro hace vice)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Fax: (202) 955-0090
dblomberg@becketlaw.com

KEVIN S. WATTLES (Cal. State Bar. No. 170274)
kwattles@slfesq.com
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Boulevard, Suite 300
Thousand Oaks, California 91360
Telephone: (805) 497-7706
Fax: (805) 497-1147

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>FULLER THEOLOGICAL SEMINARY, *et al.*,<br><br>   Defendants. | No. 2:19-cv-09969-CBM-MRW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>(Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Daniel H. Blomberg; and (Proposed) Order Filed Concurrently)<br><br>Date: April 14, 2020<br>Time: 10:00 a.m.<br>Dept: Courtroom 8B<br>Judge: Honorable Consuelo B. Marshall |

1

TO ALL PLAINTIFFS AND TO THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on April 14, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8B of the United States Courthouse for the Central District of California, 350 W. 1st Street, Los Angeles, California, Honorable Consuelo B. Marshall presiding, Defendants will and hereby do move the Court for an order dismissing, with prejudice, Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

The primary basis for Defendants' Motion is that Fuller Theological Seminary dismissed both Plaintiffs for clear violations of its community standards, standards which reflect its sincere religious beliefs and which both Plaintiffs expressly agreed to abide by as a continuing condition of their enrollment. Neither Title IX nor the Unruh Civil Rights Act impose liability for those dismissals, and imposition of liability under those laws or any of the asserted state-law claims would interfere in the Seminary's internal religious affairs and violate the Defendants' First Amendment rights. Plaintiffs' claims are also time-barred, insufficiently pled, and/or otherwise barred as a matter of law.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3 which took place by telephone on February 13, 2020, and Plaintiffs' counsel indicated their opposition to this Motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the Decla-

ration of Daniel H. Blomberg in support of the Motion, all pleadings, exhibits, documents, and other records and files in this action properly considered under a Rule 12(b)(6) motion, and upon such other arguments as may be presented at the hearing in this matter.

Dated: February 20, 2020

THE BECKET FUND FOR
RELIGIOUS LIBERTY

/s Daniel H. Blomberg
DANIEL H. BLOMBERG
ERIC S. BAXTER
DIANA M. VERM

SOLTMAN, LEVITT, FLAHERTY &
WATTLES LLP

/s Kevin S. Wattles
KEVIN S. WATTLES

Counsel for Defendants Fuller
Theological Seminary, Marianne
Meye Thompson, Mari L.
Clements, and Nicole Boymook