PAUL C. SOUTHWICK (*Pro Hac Vice*)
 paulsouthwick@dwt.com
ARLEEN FERNANDEZ (State Bar No. 318205)
 arleenfernandez@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs
JOANNA MAXON and
NATHAN BRITTSAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, AN INDIVIDUAL, and NATHAN BRITTSAN, AN INDIVIDUAL<br><br>Plaintiff,<br><br>vs.<br><br>FULLER THEOLOGICAL SEMINARY, a California nonprofit corporation; MARIANNE MEYE THOMPSON, an individual; MARI L. CLEMENTS, an individual; NICOLE BOYMOOK, an individual;<br><br>Defendants. | Case No. 2:19-cv-09969-CBM-MRW<br><br>**DECLARATION OF PAUL C. SOUTHWICK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY [DKT. 58]**<br><br>HON. CONSUELO B. MARSHALL |

DECLARATION OF PAUL C. SOUTHWICK

I, Paul C. Southwick, do hereby declare and state:

1. I am the attorney of record for Plaintiffs Joanna Maxon, an individual, and Nathan Brittsan, an individual and am admitted *pro hac vice* to practice before this Court in the above-captioned action.

2. I have personal knowledge of the facts attested to herein, and if called to testify, would and could testify competently hereto.

1

DECLARATION OF PAUL C. SOUTHWICK IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY [DKT. 58]
4819-1870-0735v.1 0201543-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3. Attached as Exhibit 1 is a true and accurate copy of Plaintiffs' First Set of Requests for Production of Documents.

4. Attached as Exhibit 2 is a true and accurate copy of Defendants' Initial Disclosures.

DATED: June 9, 2020                    DAVIS WRIGHT TREMAINE LLP

By: */s/ Paul Southwick*
Paul C. Southwick
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiffs
Joanna Maxon and Nathan Brittsan

2
DECLARATION OF PAUL C. SOUTHWICK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY [DKT. 58]
4819-1870-0735v.1 0201543-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899