# EXHIBIT 1

1 | PAUL C. SOUTHWICK (*Pro Hac Vice*)
paulsouthwick@dwt.com
2 | ARLEEN FERNANDEZ (State Bar No. 318205)
arleenfernandez@dwt.com
3 | DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
4 | Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
5 | Fax:  (213) 633-6899

6 | Attorneys for Plaintiffs
JOANNA MAXON and
7 | NATHAN BRITTSAN

8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JOANNA MAXON, AN INDIVIDUAL, and NATHAN BRITTSAN, AN INDIVIDUAL | Case No. 2:19-cv-09969-CBM-MRW |
| Plaintiff, | **REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFFS** |
| vs. | **SET ONE (1)** |
| FULLER THEOLOGICAL SEMINARY, a California nonprofit corporation; MARIANNE MEYE THOMPSON, an individual; MARI L. CLEMENTS, an individual; NICOLE BOYMOOK, an individual; | Complaint Filed: 11-26-2019 |
| Defendants. | |

PROPOUNDING PARTY:  Plaintiffs Joanna Maxon and Nathan Brittsan

RESPONDING PARTY:  Defendant Fuller Theological Seminary

SET:  ONE (1)

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 1
Page 1 of 7

1    Pursuant to the provisions of Federal Rule of Civil Procedure 34, Propounding

2    Party hereby requests that Responding Party produce and send via U.S. First Class

3    Mail and Electronic Mail the documents and other tangible things described herein

4    for inspection and copying by Propounding Party's attorney on or before thirty (30)

5    days from the receipt, at the offices of Propounding Party's counsel, Davis Wright

6    Tremaine, LLP, 865 S. Figueroa Street, Suite 2400, Los Angeles, California 90017

7    and email to arleenfernandez@dwt.com and paulsouthwick@dwt.com or as may

8    otherwise be agreed to by counsel for all parties in writing prior to said date.

9                         **I.      GENERAL INSTRUCTIONS**

10        1.      As used in this Request, "YOU" or "YOUR" means Responding Party, any

11   past and present agents, any past and any present employees, any past and present

12   representatives, any past and present insurance companies and their agents and employees,

13   any past and present attorneys and their agents and employees, any past and present

14   accountants and their agents and employees, any past and present investigators and their

15   agents and employees, and anyone else acting or who has ever acted on YOUR behalf. The

16   use of the term "YOUR" shall RELATE TO "YOU."

17        2.      As used in this Request, the terms "RELATE TO" or "RELATING TO"

18   mean, by way of example and without limitation, demonstrates, describes, memorializes,

19   evidences, comprises, refers to, pertains to, supports, contradicts, affects, or concerns all or

20   any portion of the matters, facts, and contentions specified in the Request.

21        3.      This Request covers all documents in YOUR possession, or subject to YOUR

22   custody or control, whether such documents are held by YOU or by YOUR agents,

23   employees, investigators, attorneys, or accountants, and whether such documents are

24   located in YOUR principal office, or any other office or storage place maintained, utilized,

25   operated, owned, or controlled by YOU.

26        4.      As used in this Request, the terms "DOCUMENT," "DOCUMENTS,"

27   "WRITING," and "WRITINGS" mean, by way of example and without limitation, and

28   inclusive of drafts and non-duplicate versions, the following: emails and other correspondence,

Plaintiffs' Request for Production of Documents #1
4821-0055-5199v.2 0201543-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 1
Page 2 of 7

agreements, contracts, state and federal governmental filings and reports, memoranda, summaries and records of telephone conversations and voicemails, summaries and records of personal conversations and interviews, calendars, notes, notices, invoices, graphs, summaries and reports of investigations, photographs, press releases, computer files or memory devices of any kind, and any other "writings," "recordings," or "photographs" as defined by Fed. R. Evid. 1001 responsive to the Requests set forth below.

5.      As used in this Request, the term "FINANCIAL ASSISTANCE" includes money, loans, grants, bond financing, technical support, reimbursements, provision of services of personnel, funds provided by contract, payments made on another's behalf and other similar forms of tangible or intangible resources.

6.      For any DOCUMENT which YOU claim is protected against disclosure as "work product" or "privileged," please provide the following information:

a.      A description of the DOCUMENT sufficiently particular to identify it and enable Plaintiff to identify it, and to disclose or produce it in response to an order of the above-entitled Court;

b.      Its author or a list of all persons who participated in the preparation of the DOCUMENT;

c.      Its date;

d.      All addresses or recipients (including the identity of all persons who have received a copy), and, for emails, whether the persons are on the "to," "cc" or "bcc" line;

e.      The identity of all persons who now have or have ever had possession, custody or control of the original or any copy of such DOCUMENT, or to whom the contents of the DOCUMENT have been disclosed;

f.      Its subject matter; and

g.      The basis on which the privilege is claimed.

//

7.      For purposes of this Request, words importing singular include the plural.

3

Plaintiffs' Request for Production of Documents #1
4821-0055-5199v.2 0201543-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899
Exhibit 1
Page 3 of 7

8.      File folders with tabs or labels identifying DOCUMENTS must be produced intact with the DOCUMENTS.

9.      DOCUMENTS attached to each other should not be separated.

10.     Selection of DOCUMENTS from files and other sources shall be performed in a manner sufficient to ensure that the source of each DOCUMENT may be determined, if necessary.

11.     Unless otherwise indicated in an individual request, the relevant time period shall be January 1, 2017 to the present.

## II.      SPECIFIC REQUESTS

That Defendants produce and permit Plaintiff to inspect and to copy each of the following documents:

1.      DOCUMENTS relevant to whether Fuller is controlled by a religious organization.

2.      For the period June 1, 2015 (a date a few months before the legalization of same-sex marriage nationwide) to the present, DOCUMENTS relevant to whether Fuller has a religious objection to civil same-sex marriage and when that objection arose.

3.      For the period June 1, 2015 to the present, DOCUMENTS relevant to whether permitting students in civil same-sex marriages to enroll, or remain enrolled, is consistent with Fuller's religious tenants.

4.      DOCUMENTS sufficient to show the amount of FINANCIAL ASSISTANCE received by Fuller from the U.S. Department of Education.

5.      DOCUMENTS sufficient to show the amount of FINANCIAL ASSISTANCE received by Fuller from any other department of the federal government.

6.      DOCUMENTS sufficient to show the amount of FINANCIAL ASSISTANCE received by Fuller from the State of California.

Plaintiffs' Request for Production of Documents #1
4821-0055-5199v.2 0201543-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899
Exhibit 1
Page 4 of 7

7.     DOCUMENTS related to Fuller's participation in California's Student Tuition Recovery Fund.

8.     DOCUMENTS sufficient to show the number and description of the faith traditions, including non-Christian faith traditions, which are part of the Fuller student body.

9.     DOCUMENTS sufficient to show the number and description of the faith traditions, including non-Christian faith traditions, which are part of the Fuller Board of Trustees.

10.    Fuller's Articles of Incorporation, including amendments thereto, and Bylaws from the original date of incorporation to the present.

11.    DOCUMENTS relating to Fuller's Articles of Incorporation, including amendments thereto, and Bylaws for the period of January 1, 2015 to the present.

12.    DOCUMENTS relating to OneFuller or any other LGBTQ+ organization at Fuller, whether sanctioned by Fuller or otherwise.

13.    DOCUMENTS relating to whether Fuller permits faculty, administrators or board members to officiate same-sex weddings.

14.    DOCUMENTS relating to whether Fuller hires, nominates or appoints faculty, administrators or board members who come from faith traditions that support same-sex marriage.

15.    DOCUMENTS relating to the number of LGBTQ+ students at Fuller.

16.    DOCUMENTS relating to whether Fuller permits same-sex dating relationships among its students.

17.    DOCUMENTS relating to whether Fuller is affiliated with a denomination or church.

18.    DOCUMENTS relating to whether Fuller's board of trustees is appointed by a denomination, church or external organization.

19.    DOCUMENTS relating Fuller's non-discrimination policies, including Fuller's Policy Against Unlawful Discrimination.

Plaintiffs' Request for Production of Documents #1
4821-0055-5199v.2 0201543-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899
Exhibit 1
Page 5 of 7

1        20.     DOCUMENTS relating to requests, actual or contemplated, by Fuller

2 for a religious exemption to the requirements of Title IX.

3        21.     DOCUMENTS relating to requests, actual or contemplated, by Fuller

4 for an exemption to California's Equity in Higher Education Act.

5

6       Respectfully submitted,

7

8 DATED June 9, 2020             DAVIS WRIGHT TREMAINE LLP

9

10                             By:*/s/ Paul Southwick*
                                Paul C. Southwick

11                                  (*Pro Hac Vice*)

12                                  Attorneys for Plaintiffs
                                 Joanna Maxon and Nathan Brittsan

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 1
Page 6 of 7

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA  90017.

     On June 9, 2020, I served the document described as "**REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE PROPOUNDED BY PLAINTIFFS**" upon the interested parties in this action addressed as follows:

  X  (VIA EMAIL) By forwarding a portable document file to the electronic mail address(es) below from electronic mail address linapearmain@dwt.com, at Suite 2400, 865 South Figueroa Street, Los Angeles, California.

  X  (VIA OVERNIGHT DELIVERY) by placing a true copy or original in a separate envelope for each addressee named above, with the name and address of the person served shown above on the envelope, sealing the envelope and placing it for collection and delivery by FEDERAL EXPRESS with delivery fees paid or provided for in accordance with ordinary business practices.

| | |
|---|---|
| Daniel H. Blomberg, Esq. | Kevin S. Wattles, Esq. |
| The Becket Fund For Religious Liberty | Soltman, Levitt, Flaherty & Wattles LLP |
| 1200 New Hampshire Ave. NW, Suite 700 | 90 E. Thousand Oaks Blvd., Suite 300 |
| Washington, D.C. 20036 | Thousand Oaks, CA 91360 |
| Email: dblomberg@becketlaw.org | Email: kwattles@slfesq.com |
| | *Attorneys for Defendants* |

     Executed on June 9, 2020, Los Angeles, California.

  X  Federal:  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Lina Pearmain

1

Plaintiffs' Request for Production of Documents #1
4821-0055-5199v.2 0201543-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 1
Page 7 of 7