# EXHIBIT 2

DANIEL H. BLOMBERG (admitted pro hac vice)
ERIC S. BAXTER (admitted pro hac vice)
DIANA M. VERM (admitted pro hac vice)
PETER M. TORSTENSEN, JR. (admitted pro hac vice)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Fax: (202) 955-0090
dblomberg@becketlaw.com

KEVIN S. WATTLES (Cal. State Bar. No. 170274)
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Boulevard, Suite 300
Thousand Oaks, California 91360
Telephone: (805) 497-7706
Fax: (805) 497-1147
kwattles@slfesq.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FULLER THEOLOGICAL SEMINARY, *et al.*, <br><br> Defendants. | No. 2:19-cv-09969-CBM-MRW <br><br> **DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** |

Exhibit 2
Page 1 of 4

# INTRODUCTION

Defendant Fuller Theological Seminary ("Fuller") and Individual Defendants Mari Clements, Marianne Thompson, and Nicole Boymook (collectively, "the Seminary") hereby submit their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

## I. Individuals Likely to Have Discoverable Information

Defendants are likely to have knowledge and discoverable information regarding the facts alleged in Plaintiffs' First Amended Complaint (the "Complaint") and Defendants' defenses. Defendants may be contacted through their counsel of record.

Plaintiffs are likely to have knowledge and discoverable information relevant to Defendants' defenses.

Other witnesses that Defendants may identify during the course of this proceeding.

## II. Categories of Supporting Documents and Things

Defendants have, or may have, in their possession, custody, or control, documents and electronically stored information relevant to the claims or defenses asserted in this matter.

Other documents that Defendants may identify during the course of this proceeding.

## III. Computation of Each Category of Damages

Not applicable. Defendants have not asserted any claims for damages.

## IV. Any Insurance Agreement with Relevant Coverage

The Seminary is covered under an insurance policy issued by Philadelphia Indemnity Insurance Company to Fuller Theological Seminary—policy number PHSD1433746 (the "Policy"). Upon request and with reasonable notice from Plaintiffs' attorney, the Seminary's attorneys will arrange for Plaintiffs' attorney to inspect and copy the Policy.

|   |   |   |
|---|---|---|
| 1 | Dated: May 29, 2020 | Respectfully submitted, |

/s/ Kevin S. Wattles
KEVIN S. WATTLES
SOLTMAN, LEVITT, FLAHERTY &
WATTLES LLP
90 E. Thousand Oaks Boulevard, Suite 300
Thousand Oaks, California 91360
Telephone: (805) 497-7706
Fax: (805) 497-1147
kwattles@slfesq.com

/s/ Daniel H. Blomberg
DANIEL H. BLOMBERG
ERIC S. BAXTER
DIANA M. VERM
PETER M. TORSTENSEN, JR.
JACOB M. COATE
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Fax: (202) 955-0090
dblomberg@becketlaw.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, the foregoing was served via email upon the following counsel of record.

Paul C. Southwick
Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
paulsouthwick@dwt.com

                                   /s/ Daniel H. Blomberg
                                   DANIEL H. BLOMBERG