DANIEL H. BLOMBERG (admitted pro hac vice)
ERIC S. BAXTER (admitted pro hac vice)
DIANA M. VERM (admitted pro hac vice)
PETER M. TORSTENSEN, JR. (admitted pro hac vice)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Fax: (202) 955-0090
dblomberg@becketlaw.com

KEVIN S. WATTLES (Cal. State Bar. No. 170274)
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Boulevard, Suite 300
Thousand Oaks, California 91360
Telephone: (805) 497-7706
Fax: (805) 497-1147
kwattles@slfesq.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FULLER THEOLOGICAL SEMINARY, *et al.*,<br><br>Defendants. | No. 2:19-cv-09969-CBM-MRW<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>(Proposed Notice of Supplemental Authority Filed Concurrently)<br><br>Date: August 4, 2020<br>Time: 10:00 a.m.<br>Dept: Courtroom 8B<br>Judge: Honorable Consuelo B. Marshall |

Defendants Fuller Theological Seminary, Mari Clements, Marianne Thompson, and Nicole Boymook (together, the "Seminary") seek leave to file a notice of supplemental authority to their fully briefed motion to dismiss. *See* Judge Marshall Standing Order 7(a); *see also* Dkt. 62 (setting oral argument for August 4). Plaintiffs do not oppose this motion.

Plaintiffs argue that the Seminary's multiple overlapping First Amendment defenses to Plaintiffs' Title IX claims fail because Congress may condition the Seminary's access to federal funds on relinquishing its First Amendment rights to determine its own religious beliefs, membership, and governance. Dkt. 53 at 13-15, 19. But the Supreme Court recently explained in *Espinoza v. Montana Department of Revenue* that over seventy years of precedent affirm the "basic principle" that "disqualifying otherwise eligible recipients from a public benefit solely because of their religious character" imposes an unconstitutional "penalty on the free exercise of religion[.]" No. 18-1195, slip op. at 8, 11, 17 (U.S. June 30, 2020) (internal quotation marks and citation omitted).

Plaintiffs also argue that Title IX's religious exemption is not available to the Seminary because it does not affiliate with a "separate" controlling religious entity. Dkt. 53 at 9. The Seminary warned that Plaintiffs' novel construction, which has never been adopted by the federal government in all of Title IX's history, would unconstitutionally discriminate on the basis of internal religious governance and affiliation. Dkt. 55 at 1 (citing *Larson v. Valente*, 456 U.S. 228, 244 (1982)). *Espinoza* reaffirmed that administering public benefits in a manner that discriminates on the basis of how a school is "religiously affiliated" unconstitutionally "discriminates based on religious status." Slip op. at 10.

*Espinoza* rebuts Plaintiffs' arguments. *See Resnick v. Hyundai Motor Am., Inc.*, No. 16-cv-00593, 2017 WL 6549931, at *14 n.7 (C.D. Cal. Aug. 21, 2017) (suggesting supplemental authority filings should "summarize" the new authority and "describe how it applies"). Accordingly, the Seminary asks for leave to file the attached notice of supplemental authority.

1

| | |
|---|---|
| Dated: July 16, 2020 | Respectfully submitted, |
| /s/ Kevin S. Wattles<br>KEVIN S. WATTLES<br>SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP<br>90 E. Thousand Oaks Boulevard, Suite 300<br>Thousand Oaks, California 91360<br>Telephone: (805) 497-7706<br>Fax: (805) 497-1147<br>kwattles@slfesq.com | /s/ Daniel H. Blomberg<br>DANIEL H. BLOMBERG<br>ERIC S. BAXTER<br>DIANA M. VERM<br>PETER M. TORSTENSEN, JR.<br>JACOB M. COATE<br>THE BECKET FUND FOR RELIGIOUS LIBERTY<br>1200 New Hampshire Ave. NW, Suite 700<br>Washington, DC 20036<br>Telephone: (202) 955-0095<br>Fax: (202) 955-0090<br>dblomberg@becketlaw.com<br><br>*Attorneys for Defendants* |