DANIEL H. BLOMBERG (admitted pro hac vice)
ERIC S. BAXTER (admitted pro hac vice)
DIANA M. VERM (admitted pro hac vice)
PETER M. TORSTENSEN, JR. (admitted pro hac vice)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Fax: (202) 955-0090
dblomberg@becketlaw.com

KEVIN S. WATTLES (Cal. State Bar. No. 170274)
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Boulevard, Suite 300
Thousand Oaks, California 91360
Telephone: (805) 497-7706
Fax: (805) 497-1147
kwattles@slfesq.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FULLER THEOLOGICAL SEMINARY, *et al.*, <br><br> Defendants. | No. 2:19-cv-09969-CBM-MRW <br><br> **PROPOSED NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Date: August 4, 2020 <br> Time: 10:00 a.m. <br> Dept: Courtroom 8B <br> Judge: Honorable Consuelo B. Marshall |

Defendants Fuller Theological Seminary, Mari Clements, Marianne Thompson, and Nicole Boymook (together, the "Seminary") respectfully notify this Court of new authority bearing on the Seminary's pending motion to dismiss (Dkt. 46).

In *Espinoza v. Montana Department of Revenue*, the Supreme Court held that, under the Free Exercise Clause, access to publicly available benefits may not be conditioned on a religious educational institution "divorc[ing] itself" from its "religious character." No. 18-1195, slip op. at 8, 11, 17 (U.S. June 30, 2020). *C.f.* Plaintiffs' Opp. to Mot. to Dismiss, Dkt. 53 at 13-15, 19 (arguing that the federal government conditioned the Seminary's access to federal funds on violating core religious beliefs). The Court also reaffirmed the principle that discrimination on the basis of religious status or affiliation is impermissible. *Espinoza*, slip op. at 10. *C.f.* Plaintiffs' Opp. to Mot. to Dismiss, Dkt. 53 at 7-9 (arguing that an educational institution must be affiliated with a "separate" religious organization to qualify for the Title IX exemption).

Dated: July 16, 2020                              Respectfully submitted,

/s/ Kevin S. Wattles                                /s/ Daniel H. Blomberg
KEVIN S. WATTLES                              DANIEL H. BLOMBERG
SOLTMAN, LEVITT, FLAHERTY &      ERIC S. BAXTER
WATTLES LLP                                        DIANA M. VERM
90 E. Thousand Oaks Boulevard, Suite   PETER M. TORSTENSEN, JR.
300                                                          JACOB M. COATE
Thousand Oaks, California 91360          THE BECKET FUND FOR RELIGIOUS
Telephone: (805) 497-7706                    LIBERTY
Fax: (805) 497-1147                               1200 New Hampshire Ave. NW, Suite 700
kwattles@slfesq.com                              Washington, DC 20036
                                                               Telephone: (202) 955-0095
                                                               Fax: (202) 955-0090
                                                               dblomberg@becketlaw.com

                                                               *Attorneys for Defendants*

1