UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FULLER THEOLOGICAL SEMINARY, et al.,<br><br>Defendants. | No. 2:19-cv-09969-CBM-MRW<br><br>**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Honorable Consuelo B. Marshall |

Pursuant to Defendants' Unopposed Motion for Leave to File a Notice of Supplemental Authority dated July 16, 2020, the Court hereby **GRANTS** the motion and accepts Defendants' Notice of Supplemental Authority dated July 16, 2020.

1        IT IS SO ORDERED.

2  DATED: _____  _____

3                                                       CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28