DANIEL H. BLOMBERG (admitted pro hac vice)
ERIC S. BAXTER (admitted pro hac vice)
DIANA M. VERM (admitted pro hac vice)
PETER M. TORSTENSEN, JR. (admitted pro hac vice)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Fax: (202) 955-0090
dblomberg@becketlaw.com

KEVIN S. WATTLES (Cal. State Bar. No. 170274)
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Boulevard, Suite 300
Thousand Oaks, California 91360
Telephone: (805) 497-7706
Fax: (805) 497-1147
kwattles@slfesq.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FULLER THEOLOGICAL SEMINARY, *et al.*,<br><br>　　　　Defendants. | No. 2:19-cv-09969-CBM-MRW<br><br>**PROPOSED NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: August 4, 2020<br>Time: 10:00 a.m.<br>Dept: Courtroom 8B<br>Judge: Honorable Consuelo B. Marshall |

Defendants Fuller Theological Seminary, Mari Clements, Marianne Thompson, and Nicole Boymook (together, the "Seminary") respectfully notify this Court of new authority bearing on the Seminary's pending motion to dismiss (Dkt. 46).

The Supreme Court recently decided *Our Lady of Guadalupe School v. Morrisey-Berru*, 140 S. Ct. 2049 (2020). The Court held that principles of church autonomy under the First Amendment prohibited courts from hearing an employment discrimination suit against two religious schools in California. In protecting the religious schools, the Supreme Court held that "the Religion Clauses protect the right of churches and other religious institutions to decide matters of 'faith and doctrine' without government intrusion" and provide such institutions "autonomy with respect to internal management decisions that are essential to the institution's central mission." *Id*. at 2060. *Cf.* Pls.' Opp. to Mot. to Dismiss, Dkt. 53 at 12 (arguing that religious autonomy only extends to churches and only narrowly to employment decisions). The Court further emphasized the vital importance of religious institutions' right to control the selection and training of its ministers. *Our Lady*, 140 S. Ct. at 2060-61.

Dated: July 29, 2020                                    Respectfully submitted,

/s/ Kevin S. Wattles                                    /s/ Daniel H. Blomberg
KEVIN S. WATTLES                                        DANIEL H. BLOMBERG
SOLTMAN, LEVITT, FLAHERTY &                             ERIC S. BAXTER
WATTLES LLP                                             DIANA M. VERM
90 E. Thousand Oaks Boulevard                           PETER M. TORSTENSEN, JR.
Suite 300                                               JACOB M. COATE
Thousand Oaks, California 91360                         THE BECKET FUND FOR RELIGIOUS
Telephone: (805) 497-7706                               LIBERTY
Fax: (805) 497-1147                                     1200 New Hampshire Ave. NW, Suite 700
kwattles@slfesq.com                                     Washington, DC 20036
                                                        Telephone: (202) 955-0095
                                                        Fax: (202) 955-0090
                                                        dblomberg@becketlaw.com

*Attorneys for Defendants*