UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA MAXON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FULLER THEOLOGICAL SEMINARY, et al.,<br><br>    Defendants. | No. 2:19-cv-09969-CBM-MRW<br><br>**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br><br><br>Honorable Consuelo B. Marshall |

Pursuant to Defendants' Unopposed Motion for Leave to File a Notice of Supplemental Authority dated July 29, 2020, the Court hereby **GRANTS** the motion and accepts Defendants' Notice of Supplemental Authority dated July 29, 2020.

IT IS SO ORDERED.

DATED: _____   _____

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE